IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID G. CHIRINO, <br><br> Plaintiff, <br><br> v. <br><br> YARDI SYSTEMS, INC. <br> d/b/a RENTGROW, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-85-CMH-IDD |

## NOTICE OF APPEARANCE

Casey S. Nash of Kelly Guzzo, PLC, 3925 Chain Bridge Road, #202, Fairfax, VA 22030, notes her appearance as counsel in this case on behalf of the Plaintiff, David G. Chirino.

Please copy her with all matters in this case.

　*/s/ Casey S. Nash*
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7571
Facsimile: (703) 591-0167
Email: casey@kellyguzzo.com
*Counsel for Plaintiff*

DATED: January 24, 2024