IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID G. CHIRINO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-85 CMH/IDD |
| | ) |
| YARDI SYSTEMS, INC., d/b/a | ) |
| RENTGROW, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Joint Motion to Amend Case Caption ("Motion") [Dkt. No. 13]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. The Clerk is directed to substitute RentGrow, Inc. for Yardi Systems, Inc. as the Defendant in this case.

ENTERED this 23rd day of February 2024.

                                             _____/s/_____
                                             Ivan D. Davis
                                             United States Magistrate Judge

Alexandria, Virginia