**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| DAVID G. CHIRINO,<br><br>           Plaintiff,<br><br>v.<br><br>RENTGROW, INC.,<br><br>           Defendant. | Civil Action No. 1:24-cv-00085 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, by counsel and with the signature of counsel for RentGrow, Inc., stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

DATED: June 28, 2024            Respectfully submitted,

| | |
|---|---|
|  */s/ Kristi C. Kelly*     <br>Kristi Cahoon Kelly (VSB #72791)<br>Andrew Joseph Guzzo (VSB #82170)<br>Casey S. Nash (VSB #84261)<br>J. Patrick McNichol (VSB #92699)<br>Matthew Rosendahl (VSB #93738)<br>Kelly Guzzo, PLC<br>3925 Chain Bridge, Suite 202<br>Fairfax, VA  22030<br>Telephone: (703) 424-7572<br>Facsimile:  (703) 591-0167<br>E-mail:  kkelly@kellyguzzo.com<br>E-mail:  aguzzo@kellyguzzo.com<br>E-mail:  casey@kellyguzzo.com<br>E-mail:  pat@kellyguzzo.com<br>E-mail:  matt@kellyguzzo.com<br>*Counsel for Plaintiff* | By: */s/ Timothy St. George*   <br>Timothy St. George (VSB #77349)<br>Troutman Pepper Hamilton Sanders LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>Telephone: (804) 697-1254<br>Facsimile: (804) 698-6013<br>Email: timothy.st.george@troutman.com<br>*Counsel for RentGrow, Inc.* |