IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DAVID G. CHIRINO,

                         Plaintiff,

v.                                                    Civil Action No. 1:24-cv-00085

RENTGROW, INC.,

                         Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, by counsel and with the signature of counsel for RentGrow, Inc., stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

DATED: June 28, 2024                       Respectfully submitted,

    */s/ Kristi C. Kelly*                        By:  */s/ Timothy St. George*
Kristi Cahoon Kelly (VSB #72791)          Timothy St. George (VSB #77349)
Andrew Joseph Guzzo (VSB #82170)        Troutman Pepper Hamilton Sanders LLP
Casey S. Nash (VSB #84261)               1001 Haxall Point
J. Patrick McNichol (VSB #92699)          Richmond, VA 23219
Matthew Rosendahl (VSB #93738)          Telephone: (804) 697-1254
Kelly Guzzo, PLC                       Facsimile: (804) 698-6013
3925 Chain Bridge, Suite 202             Email: timothy.st.george@troutman.com
Fairfax, VA 22030                     *Counsel for RentGrow, Inc.*
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
E-mail: kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com
E-mail: casey@kellyguzzo.com
E-mail: pat@kellyguzzo.com
E-mail: matt@kellyguzzo.com
*Counsel for Plaintiff*

So Ordered

Claude M. Hilton
USDJ
July 1, 2024